```
_____ FILED      _____ LODGED
          _____ RECEIVED

         AUG 3 1 2011

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

JUDGE: LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR11-5158RBL |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION |
| DANA LEON BROOKS, ) | |
| Defendant. ) | |

### Order

Dana Leon Brooks, through his attorney, Ronald D. Ness, moves the Court for an order issuing subpoenas for Pauline Rodriguez and Anthony Rodriguez.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the subpoenas for Pauline Rodriguez and Anthony Rodriguez are to be issued.

IT IS SO ORDERED this 31st day August, 2011.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

11-CR-05158-ORD

Law Offices of
RONALD D. NESS & ASSOCIATES
420 Cline Avenue
Port Orchard, WA 98366
(360) 895-2042

Presented by:

/s/ RONALD D. NESS
Attorney for Dana Brooks
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail:

ORDER... 2